IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ELOISA GOMEZ TELKAMP | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-07-CV-1628-K |
| | § | |
| STEIN MART, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, the Findings and Recommendation of the United States Magistrate Judge, the Supplemental Answer and Exhibits to Answers to Magistrate Judge's Questionnaire to the Plaintiff, filed on December 5, 2007, and Plaintiff's Verified Response to Findings and Recommendation of the United States Magistrate Judge, filed on December 13, 2007, in accordance with 28 U.S.C. § 636(b)(1), as I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

The Court has considered the Supplemental Answer and Exhibits to Answers to Magistrate Judge's Questionnaire to the Plaintiff, filed on December 5, 2007, and finds that those supplemental answers and exhibits have no impact on, and do not change in any way the outcome of the Findings and Recommendation of the United States Magistrate Judge. Further, the Court has also considered Plaintiff's Verified Response

to Findings and Recommendation of the United States Magistrate Judge, filed on December 13, 2007, which the Court treats as objections to the Findings and Recommendation of the United States Magistrate Judge, and finds that they are without merit and are hereby **OVERRULED.**

SO ORDERED.

Signed this 17th day of December, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE